# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 19, 2010

No. 09-20643
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LUIS HUMBERTO ARREDONDO-SILVA, also known as Luis Humberto
Arredondo, also known as Luis Humberto Arredondo Silva, also known as Luis
Arredondo-Silva, also known as Luis Humberto Arredonodo Silva,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-206-1

Before KING, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luis Humberto
Arredondo-Silva has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967). Arredondo-Silva has
filed a response. Our independent review of the record, counsel's brief, and
Arredondo-Silva's response discloses no nonfrivolous issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.